NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

SEP 26 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANIEL VITOR MORILHA,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA, People
of the United States of America,

Defendant - Appellee.

No. 24-949

D.C. No. 4:23-cv-05008-JST

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Jon S. Tigar, District Judge, Presiding

Submitted September 17, 2025[**]

Before:     SILVERMAN, OWENS, and BRESS, Circuit Judges.

Daniel Vitor Morilha appeals pro se from the district court's order denying

his Federal Rule of Civil Procedure 27(a) petition to perpetuate the testimony of

witnesses.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of discretion. *Campbell v. Blodgett*, 982 F.2d 1356, 1358 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying Morilha's petition to perpetuate testimony because Morilha failed to satisfy the requirements of Rule 27(a). *See* Fed. R. Civ. P. 27(a)(1) (listing requirements for petition to perpetuate testimony, including "that the petitioner expects to be a party to an action cognizable in a United States court but cannot presently bring it or cause it to be brought").

The motion (Docket Entry No. 9) to expedite is denied as moot.

**AFFIRMED.**